```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GREGORIO CHEVERE, JR.,                          :
                                                :
                        Plaintiff,              :
                                                :       1:19-cv-01027-EAW
        v.                                      :
                                                :
ANDREW SAUL,                                    :
COMMISSIONER OF                                 :
SOCIAL SECURITY,                                :
                                                :
                        Defendant.              :
-----------------------------------------------------------------x
```

## STIPULATION AND ORDER FOR ATTORNEY FEES

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys, Roberta G. Bowie, Special Assistant United States Attorney for the Western District of New York, attorney for the defendant, Andrew Saul, Commissioner of Social Security, and Mary Ellen Gill, Esq., attorney for the plaintiff, that plaintiff is awarded the sum of **$7,263.96** in full satisfaction of Plaintiff's claim pursuant to the Equal Access to Justice Act (EAJA), Title 28 U.S.C. § 2412(d), for services performed in connection with this action.

IT IS FURTHER AGREED that payment of fees will be made directly to the Law Offices of Kenneth Hiller, PLLC, pursuant to plaintiff's written transfer of his rights to EAJA fees to his attorney, provided that plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

                                              JAMES P. KENNEDY, JR.
                                              United States Attorney
                                              Western District of New York

BY:  */s/Roberta G. Bowie*
        ROBERTA G. BOWIE
        Special Assistant United States Attorney
        Social Security Administration

        Office of the General Counsel – Suite 350
        1301 Young St., Mailroom 104
        Dallas, Texas 75202
        t: (214) 767-4183
        e: roberta.bowie@ssa.gov
        Dated: 5/25/2021


BY:    */s/Mary Ellen Gill*
        MARY ELLEN GILL, ESQ.
        Attorney for Plaintiff
        Law Offices of Kenneth Hiller, PLLC
        6000 North Bailey Avenue, Suite 1A
        Amherst, New York 14226
        t: (716) 564-3288
        e: megill@kennethhiller.com
        Dated: 5/25/2021

SO ORDERED:

_____
**HONORABLE ELIZABETH A. WOLFORD**
**UNITED STATES DISTRICT JUDGE**

**DATED:** __May 25, 2021_____.